UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STEVEN E. GREER,**

        **Plaintiff,**

    **v.**                             **Civil Action 2:24-cv-1237**
                                          **Chief Judge Sarah D. Morrison**
                                          **Magistrate Judge Chelsey M. Vascura**

**SUSAN HARRELD,** *et al.*,

        **Defendants.**

### ORDER

On April 17, 2025, the undersigned held a discovery conference and granted Defendants'
oral motion to quash 13 subpoenas that Plaintiff proposed to serve on third parties who provided
financial, medical, legal, real estate, or funeral services for his parents. (ECF No. 87.) The
undersigned concluded that quashing was warranted because the records and communications
sought by the subpoenas were not relevant to the only remaining claims for theft and conspiracy.
(*Id.*) The undersigned further *sua sponte* stayed discovery pending resolution of Defendants'
dispositive motion. (*Id.*) The Court overruled Plaintiff's objections to these rulings. (ECF No.
89.)

On October 14, 2025, the Court granted in part and denied in part Defendants' Motion for
Judgment on the Pleadings, allowing a subset of Plaintiff's theft and conspiracy claims to
proceed. (ECF No. 114.) In light of this ruling, the parties are **ORDERED** to confer and file,
**WITHIN FOURTEEN DAYS** of the date of this Order, a joint proposed revised case schedule
with deadlines for all remaining fact discovery, expert discovery, and dispositive motions. For

clarity, the parties are advised that Plaintiff's subpoenas remain quashed as they remain irrelevant to Plaintiff's claims for theft and conspiracy.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE