UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVEN E. GREER,

        Plaintiff,

  v.

SUSAN HARRELD, *et al.*,

        Defendants.

:

:

Case No. 2:24-cv-1237
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

**OPINION AND ORDER**

This matter is before the Court on Plaintiff Steven Greer's Rule 54(b) Motion for Final Judgment (Mot., ECF No. 124). Mr. Greer asks the Court to direct entry of final judgment as to the first seven claims of the Amended Complaint which were dismissed in January 2025. (ECF No. 70.) According to Mr. Greer, there is no just reason for delaying an appeal until entry of a final judgment on all claims. The Court disagrees.

"Not all final judgments on individual claims should be immediately appealable, even if they are in some sense separable from the remaining unresolved claims." *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 8 (1980). "[A]n issue being considered for Rule 54(b) certification may be 'separate and distinct' from other issues in the case and yet be an unsuitable candidate for immediate appeal." *Corrosioneering, Inc. v. Thyssen Env't Sys., Inc.*, 807 F.2d 1279, 1283 (6th Cir. 1986). "Rule 54(b) is not to be used routinely, or as a courtesy or accommodation to counsel." *Id.* at 1282 (internal citations omitted). Rather, "[i]t is left to the sound

judicial discretion of the district court to determine the 'appropriate time' when each final decision in a multiple claims action is ready for appeal." *Curtiss-Wright Corp.*, 446 U.S. at 8.

Two claims remain in this case. Although the surviving claims are not identical to the dismissed claims, it is undisputed that the "underlying facts overlap." (Mot., PAGEID# 1169.) Thus, if Mr. Greer were to appeal the seven dismissed claims now and the two remaining claims later, the appellate court would potentially "have to decide the same issues more than once[.]" *Curtiss-Wright Corp.*, 446 U.S. at 8. It is "in the interest of sound judicial administration" to avoid such piecemeal appeals. *Id.* (citing *Sears, Roebuck & Co. v. Mackey*, 351 U.S. 427 (1956)).

Mr. Greer's Rule 54(b) Motion for Final Judgment (ECF No. 124) is **DENIED**.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**