UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVEN E. GREER,

    Plaintiff,

v.                                 Civil Action 2:24-cv-1237
                                    Chief Judge Sarah D. Morrison
                                    Magistrate Judge Chelsey M. Vascura

SUSAN HARRELD, *et al.*,

    Defendants.

## ORDER

Plaintiff Steven E. Greer's Motion to Compel Discovery (ECF No. 126) is **DENIED WITHOUT PREJUDICE**. Plaintiff failed to contact the Court to request an informal conference prior to filing the motion as required by the undersigned's Preliminary Pretrial Order. (ECF No. 81 at 2.) If the parties remain at impasse, they are directed to contact chambers at Vascura_Chambers@ohsd.uscourts.gov to arrange an informal conference.

    **IT IS SO ORDERED.**

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE