**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


STEVEN E. GREER,

      **Plaintiff,**

    **v.**
                               **Civil Action 2:24-cv-1237**
                                     **Chief Judge Sarah D. Morrison**
                                   **Magistrate Judge Chelsey M. Vascura**

SUSAN HARRELD, *et al.*,

      **Defendants.**


**ORDER**

Plaintiff's Motion to Compel Defendants to Appear for Depositions (ECF No. 178) is

**DENIED**. The Court ordered, and the parties agreed, that depositions would take place on April

6, 7, and 10, 2026. Plaintiff's new notices for depositions on April 9 and 10 were issued only on

April 7, which does not constitute reasonable notice. Further, Defendants' depositions were

originally noticed to be recorded by stenographic means, without audio or video recording. As

noted in the undersigned's notation order of April 6, 2026 (ECF No. 170), changing the method

of recording on the eve of the depositions does not provide the deponent with reasonable notice.

Thus, Plaintiff cannot depose Defendants over the next two business days without a court

reporter present.

If Plaintiff is able to secure a court reporter, Plaintiff may depose Defendant Sarah

Conroy on April 10, as ordered on March 30, 2026 (ECF No. 159). The deposition may be taken

via Zoom, but Plaintiff may not exclude any other Defendants from attending. The undersigned

has considered Plaintiff's arguments concerning the possibility of collusion and perjury and finds

them to be speculative and unsupported.

        **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE